MAYS & KERR LLC

235 PEACHTREE STREET NE
NORTH TOWER | SUITE 202
ATLANTA, GEORGIA 30303
TEL 404 410 7998 – FAX 404 855 4066

May 21, 2014

**VIA EMAIL**

Deputy Clerk
For the Honorable Julie E. Carnes
United States District Court
Northern District of Georgia
2167 Richard B. Russell Federal Building
and United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303-3309

      **RE:** *Randall Wilson and Chris Messer v. GoWaiter Franchise Holdings LLC and Michael Handy*, **Civil Action No. 1:13-CV-01054-JEC**
           **Notice of Leave of Absence**

Dear Deputy Clerk:

As lead counsel in the above-referenced case, I am writing to inform you that I will be travelling out of the state from Monday, June 2, 2014, through Friday, June 6, 2014. Pursuant to Local Rule 83.1(E)(3), I kindly request that the case not be calendared during this period of absence.

If you have any questions or need additional information, please contact me at the phone number listed above. Thank you for your cooperation in this matter.

                                                         Sincerely,

                                                         Jeff Kerr
                                                        MAYS & KERR LLC

CC:    David Long-Daniels, Esq.
          C. Whitfield Caughman, Esq.
          Brett T. Lane, Esq.