# CONTRACT FOR LEGAL SERVICES

1. *Scope of the Matter.* The Client, __Chris Messer__ ("you"), and the law firm of MAYS & KERR LLC, and any associated attorneys ("we," "us," or the "Firm"), agree that we will act as your exclusive representative with respect to any claims against your employer(s), and any related companies or individuals, arising from your employment (the "Matter"). The Firm is under no obligation to file a lawsuit, enter appearance before any administrative body, or take your case on appeal.

2. *Attorney's Fees, Court Costs, and Litigation Expenses.* As compensation for services rendered, the Firm's fee will be the greater of either: (a) 40% of all sums recovered by way of settlement prior to instituting a lawsuit, by way of settlement after instituting a lawsuit, or as a result of trial; or (b) the full amount of our actual fees calculated at an hourly rate and paid by the defendant(s). In accordance with Georgia ethics rules, you must repay us for any costs and expenses that we advance during the representation—such advances will be deducted from your share of any proceeds at case closing.

3. *Settlement.* By virtue of your signature below, you authorize the Firm to act as your exclusive representative with respect to settlement negotiations. We agree to make no settlement in this Matter without your approval. In the event a settlement proposal is made to you with our affirmative recommendation, and any such settlement is rejected by you, we shall have cause to withdraw. You agree that you will not settle any claims or negotiate settlement terms with any interested party without our knowledge. If you negotiate independently, we shall have cause to withdraw.

4. *Communication.* It is essential for us to be able to contact you on short notice throughout the time of our representation. If we are unable to reach you, our ability to win your case will be undermined, and we shall have cause to withdraw. Your current address, phone number, and email address are:

   [Redacted]

5. *Dismissal and Withdrawal.* If you dismiss us or give us cause to withdraw, we reserve the right to recover from you any advanced costs and expenses, as well as reasonable fees for services rendered. We reserve the right to file a lien on any recovery you obtain following our dismissal or withdrawal.

6. *Entire Agreement.* This Contract constitutes the entire agreement between the parties. No waiver, consent, modification or change of terms of this Contract shall bind either party unless in writing and signed by both parties.

7. *Acknowledgment.* By virtue of your signature below, you acknowledge that you have read and understood this Contract, have been notified that you may seek the advice of independent counsel regarding its terms, and knowingly and voluntarily agree to be bound by its terms and conditions.

_Chris Messer_ /s/  
CLIENT  
Date: Apr. 8th 2013

_/s/_  
MAYS & KERR LLC  
Date: April 8, 2013

# CONTRACT FOR LEGAL SERVICES

1. *Scope of the Matter.* The Client, _Randall Robert Wilson_ ("you"), and the law firm of MAYS & KERR LLC, and any associated attorneys ("we," "us," or the "Firm"), agree that we will act as your exclusive representative with respect to any claims against your employer(s), and any related companies or individuals, arising from your employment (the "Matter"). The Firm is under no obligation to file a lawsuit, enter appearance before any administrative body, or take your case on appeal.

2. *Attorney's Fees, Court Costs, and Litigation Expenses.* As compensation for services rendered, the Firm's fee will be the greater of either: (a) 40% of all sums recovered by way of settlement prior to instituting a lawsuit, by way of settlement after instituting a lawsuit, or as a result of trial; or (b) the full amount of our actual fees calculated at an hourly rate and paid by the defendant(s). In accordance with Georgia ethics rules, you must repay us for any costs and expenses that we advance during the representation—such advances will be deducted from your share of any proceeds at case closing.

3. *Settlement.* By virtue of your signature below, you authorize the Firm to act as your exclusive representative with respect to settlement negotiations. We agree to make no settlement in this Matter without your approval. In the event a settlement proposal is made to you with our affirmative recommendation, and any such settlement is rejected by you, we shall have cause to withdraw. You agree that you will not settle any claims or negotiate settlement terms with any interested party without our knowledge. If you negotiate independently, we shall have cause to withdraw.

4. *Communication.* It is essential for us to be able to contact you on short notice throughout the time of our representation. If we are unable to reach you, our ability to win your case will be undermined, and we shall have cause to withdraw. Your current address, phone number, and email address are:

   [Redacted]

5. *Dismissal and Withdrawal.* If you dismiss us or give us cause to withdraw, we reserve the right to recover from you any advanced costs and expenses, as well as reasonable fees for services rendered. We reserve the right to file a lien on any recovery you obtain following our dismissal or withdrawal.

6. *Entire Agreement.* This Contract constitutes the entire agreement between the parties. No waiver, consent, modification or change of terms of this Contract shall bind either party unless in writing and signed by both parties.

7. *Acknowledgment.* By virtue of your signature below, you acknowledge that you have read and understood this Contract, have been notified that you may seek the advice of independent counsel regarding its terms, and knowingly and voluntarily agree to be bound by its terms and conditions.

_Randall K. Wilson_  
CLIENT

Date: _JAN 30 2013_

_[signature]_  
MAYS & KERR LLC

Date: January 30, 2013