IN THE PROBATE COURT
COUNTY OF GWINNETT
STATE OF GEORGIA

FILED IN OFFICE
PROBATE COURT
GWINNETT COUNTY, GA
2014 JUN 27 PM 1: 11
[signature] CLERK

IN RE: ESTATE OF

**DARRELL WARREN RUTLEDGE,**
**DECEASED**

ESTATE NO. 14-E-000492

### LETTERS OF ADMINISTRATION
(Bond Waived and/or Certain Powers Granted at Time of Appointment)

WHEREAS, **DARRELL WARREN RUTLEDGE** died intestate

(Initial one)

_WWR_ domiciled in this County;

_____ not domiciled in this State, but owning property in this County;

and this Court granted an order appointing **WESLEY WAYNE RUTLEDGE** as Administrator of the estate of said decedent, on condition that said Administrator gives oath as required by law; and the said Administrator having complied with said condition; the Court hereby grants unto said Administrator full power to collect the assets of said decedent, and to pay the debts of said estate, so far as such assets will extend, according to law, and then to pay over the balance, if any, to the heirs of said decedent, and to do and perform all other duties as such Administrator, according to the laws of this State. In addition, this Court:

(Initial all which apply)

_WWR_ (a) **REPORTS WAIVED:** Grants to the Administrator(s) the power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court; but the fiduciary(ies) shall furnish to the heirs, at least annually, a statement of receipts and disbursements.

_WWR_ (b) **BOND WAIVED:** Waives the requirement to post bond.

_WWR_ (c) **POWERS GRANTED:** Grants to the Administrator(s) the powers contained in O.C.G.A. §53-12-261 not included in (a) above.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this _26_ day of _June_, 20_14_.

_____
Judge of the Probate Court

NOTE: The following must be signed if the judge does not sign the original of this document:

Issued by:

_____
Clerk/Deputy Clerk Probate Court

(Seal)

**Signature:**

**Email:** skoning@forthepeople.com

STATE OF GEORGIA
GWINNETT COUNTY
I, THE UNDERSIGNED, Clerk of the Probate Court of Gwinnett County, Georgia, DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as it appears on the record and filed in the office of the Probate Court of Gwinnett County, Georgia, and that the same is in full force and effect,
Witness my hand and seal of the Probate Court of Gwinnett County, Georgia this _____ day of _____ 20___

_____
Clerk, Probate Court of Gwinnett County